## WARWICK C. SHERRARD v. EDITH M. HULL

[No. 42 (Adv.), September Term, 1983.]

*Decided June 8, 1983.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari having been granted, we adopt the well-reasoned opinion of Judge Paul E. Alpert of the Court of Special Appeals in *Sherrard v. Hull,* 53 Md. App. 553, 456 A.2d 59 (1983), and affirm the judgment of that Court.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by the petitioner.*